1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    JEFFREY BRYAN NORSWORTHY,           No. CIV S-09-2989-CMK-P

12              Plaintiff,

13       vs.                              <u>ORDER</u>

14    MATTHEW CATE, et al.,

15              Defendants.

16    _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18    U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19    pauperis (Doc. 3).  Plaintiff's complaint will be addressed separately.

20              Plaintiff has submitted a declaration that makes the showing required by 28

21    U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22              Accordingly, IT IS HEREBY ORDERED that:

23              1.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 3) is

24    granted;

25              2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

26    action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

1    3.    No initial partial filing fee will be assessed pursuant to 28 U.S.C.

2 § 1915(b)(1); and

3    4.    Plaintiff will be obligated for monthly payments of twenty percent of the

4 preceding month's income credited to plaintiff's inmate trust account, such payments to be

5 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

6 account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

7 § 1915(b)(2).

8

9    DATED: October 28, 2009

10    _____

11    **CRAIG M. KELLISON**
      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26