IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BRYAN NORSWORTHY, | No. CIV S-09-2989-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RIVERS, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2010, the court ordered the United States Marshal to serve the complaint on defendant Rivers. Process directed to defendant Rivers was returned unexecuted because: (1) the individual was reassigned; and (2) lack of enough specificity to locate one of four correctional officers with last name "Rivers." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for

service by the U.S. Marshal. Plaintiff is cautioned that failure to effect service may result in the dismissal of the action. See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek additional information sufficient to effect service on defendant Rivers and notify the court of the status of his efforts within 60 days of the date of this order.

DATED: April 14, 2011

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE