1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Suite 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendant
   BARBARA RIVERS
6

7

8  **THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**
9

10  JEFFREY BRYAN NORSWORTHY,      )     CASE NO: 2:09-CV-02989-LKK-CMK
                                  )
11          Plaintiff,            )     **SUBSTITUTION OF ATTORNEYS
                                  )     FOR DEFENDANT RIVERS**
12  v.                            )
                                  )
13  BARBARA RIVERS                )
                                  )
14          Defendant.            )
                                  )
15  _____)

16      Defendant RIVERS hereby substitutes the following counsel in place and in

17  stead of the Attorney General's Office for the State of California:

18              Kathleen J. Williams, CSB #127021
                       WILLIAMS & ASSOCIATES
19              1250 Sutterville Road, Suite 290
                       Sacramento, CA 95822
20                     (916) 456-1122
                       (916) 737-1126 (fax)
21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  *Norsworthy v. Rivers [2:09-CV-02989-LKK-CMK]* Substitution of Attorneys for Defendant Rivers          Page 1

1     All counsel in this matter are requested to direct all communications to the
2 above-referenced address beginning immediately.
3 I consent to this substitution.

4

5 Dated:  6/5/12            By:/s/ "Phillip L. Arthur" *(original signature retained by counsel)*
6                                       PHILLIP L. ARTHUR, Deputy Attorney General, OFFICE OF THE ATTORNEY GENERAL STATE OF CALIFORNIA for
7                                       defendant RIVERS

8 I accept this substitution

9 Dated: 6/7/12             By: /s/ "Barbara Rivers" *(original signature retained by counsel)*
                                          BARBARA RIVERS, defendant
10

11 I accept this substitution.

12 Dated: 6/7/12                      WILLIAMS & ASSOCIATES

13
                              By:/s/ Kathleen J. Williams
14                                   Kathleen J. Williams, CSB #127021

15 **IT IS SO ORDERED.**

16

17

18  DATED:  June 14, 2012

19                                             **CRAIG M. KELLISON**
20                                             UNITED STATES MAGISTRATE JUDGE