1  **WILLIAMS & ASSOCIATES**
2  1250 Sutterville Road, Suite 290
   Sacramento, CA  95822
3  (916) 456-1122
   (916) 737-1126 (fax)
4  Kathleen J. Williams, CSB #127021
5  Attorneys for defendant
   BARBARA RIVERS
6
7
8              **THE UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9
10 JEFFREY BRYAN NORSWORTHY,        )   CASE NO: 2:09-CV-02989-LKK-CMK
                                    )
11            Plaintiff,            )   **SUBSTITUTION OF ATTORNEYS**
                                    )   **FOR DEFENDANT RIVERS**
12 v.                               )
                                    )
13 BARBARA RIVERS                   )
                                    )
14            Defendant.            )
                                    )
15 _____

16    Defendant RIVERS hereby substitutes the following counsel in place and in
17 stead of the Attorney General's Office for the State of California:
18              Kathleen J. Williams, CSB #127021
                      WILLIAMS & ASSOCIATES
19              1250 Sutterville Road, Suite 290
                      Sacramento, CA 95822
20                       (916) 456-1122
                       (916) 737-1126 (fax)
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 *Norsworthy v. Rivers [2:09-CV-02989-LKK-CMK]* Substitution of Attorneys for Defendant Rivers      Page 1

All counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I consent to this substitution.

Dated:   6/5/12          By:/s/ "Phillip L. Arthur" *(original signature retained by counsel)*
                         PHILLIP L. ARTHUR, Deputy Attorney General, OFFICE OF THE ATTORNEY GENERAL STATE OF CALIFORNIA for defendant RIVERS

I accept this substitution

Dated: 6/7/12           By: /s/ "Barbara Rivers" *(original signature retained by counsel)*
                        BARBARA RIVERS, defendant

I accept this substitution.

Dated: 6/7/12                    WILLIAMS & ASSOCIATES

                        By:/s/ Kathleen J. Williams
                           Kathleen J. Williams, CSB #127021

**IT IS SO ORDERED.**

DATED:  June 14, 2012

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE