1  **WILLIAMS & ASSOCIATES**
2  1250 Sutterville Road, Suite 290
   Sacramento, CA  95822
3  (916) 456-1122
   (916) 737-1126 (fax)
4  Kathleen J. Williams, CSB #127021
5  Attorneys for defendant
   RIVERS
6
7
8  **THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  JEFFREY BRYAN NORSWORTHY, | CASE NO: 2:09-CV-02989-LKK-CMK |
| 11  Plaintiff, | |
| 12  v. | **ORDER ON REQUEST TO CONDUCT DEPOSITIONS VIA VIDEOCONFERENCE** |
| 13  BARBARA RIVERS | |
| 14  Defendant. | |

15
16      Defendant RIVERS seeks an order from the Court, pursuant to Federal Rule of
17  Civil Procedure 30(b)(4), to permit defendant's counsel to conduct the deposition of
18  plaintiff JEFFREY BRIAN NORSWORTHY and all witnesses via videoconference.
19      Having read defense counsel's request,
20      IT IS HEREBY ORDERED THAT:
21      1.    Defendant's request to conduct plaintiff and witness depositions via
22  videoconference is GRANTED.
23  ///
24  ///
25  ///
26  ///
27  ///
28  *Norsworthy v. Rivers [2:09-CV-02989-LKK-CMK]*Order on Request to Conduct VideoConference Depos    Page 1

2. Nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

DATED: August 3, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

Case :       *Norsworthy v. Rivers*
Case No:   2:09-CV-02989-LKK-CMK
Court :     USDC Eastern District of California

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area.  Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that on June 22, 2012 , pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**[PROPOSED] ORDER ON REQUEST TO CONDUCT DEPOSITIONS VIA VIDEOCONFERENCE**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
Jeffery Norsworthy, D-54100
Correctional Training Facility
P.O. Box 705
Soledad, CA 93960

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

DATED:  June 22, 2012

　　　　　　　　　　　　　　　*/s/ Susan J. Olsson*
　　　　　　　　　　　　　　　SUSAN J. OLSSON