1   **WILLIAMS & ASSOCIATES**
    1250 Sutterville Road, Suite 290
2   Sacramento, CA  95822
    (916) 456-1122
3   (916) 737-1126 (fax)

4   Kathleen J. Williams, CSB #127021

5   Attorneys for defendant
    RIVERS
6

7

8                  **THE UNITED STATES DISTRICT COURT**
                   **EASTERN DISTRICT OF CALIFORNIA**
9

10  JEFFREY BRYAN NORSWORTHY,              ) CASE NO: 2:09-CV-02989-LKK-CMK
                                          )
11                 Plaintiff,             ) ──────
                                          ) **ORDER ON REQUEST TO CONDUCT**
12  v.                                    ) **DEPOSITIONS VIA**
                                          ) **VIDEOCONFERENCE**
13  BARBARA RIVERS                        )
                                          )
14                 Defendant.             )
    ────────────────────────────         )
15

16         Defendant RIVERS seeks an order from the Court, pursuant to Federal Rule of

17  Civil Procedure 30(b)(4), to permit defendant's counsel to conduct the deposition of

18  plaintiff JEFFREY BRIAN NORSWORTHY and all witnesses via videoconference.

19         Having read defense counsel's request,

20         IT IS HEREBY ORDERED THAT:

21         1.      Defendant's request to conduct plaintiff and witness depositions via

22  videoconference is GRANTED.

23  ///

24  ///

25  ///

26  ///

27  ///

28
    ─────────────────────────────────────────────────────────────────────
    *Norsworthy v. Rivers [2:09-CV-02989-LKK-CMK]*Order on Request to Conduct VideoConference Depos    Page 1

1   2.  Nothing in this Order shall be interpreted as requiring any penal institution

2 to obtain videoconferencing equipment if it is not already available.

3

4 DATED:  August 3, 2012

5

6             **CRAIG M. KELLISON**
             UNITED STATES MAGISTRATE JUDGE

1

2

## PROOF OF SERVICE

3    Case  :    *Norsworthy v. Rivers*
     Case No:    2:09-CV-02989-LKK-CMK
4    Court :    USDC Eastern District of California

5    I am a citizen of the United States, employed in the City and County of Sacramento.
     My business address is 1250 Sutterville Road, Suite 290, Sacramento, California
6    95822. I am over the age of 18 years and not a party to the above-entitled action.

7    I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed,
     given the appropriate postage and placed in a designated mail collection area.  Each
8    day's mail is collected and deposited in a U.S. mailbox after the close of each day's
     business.

9
     I certify that on June 22, 2012 , pursuant to F.R.C.P. 5(b), I deposited in the United
10   States mail, postage prepaid, a true copy of the document entitled:

11   **[PROPOSED] ORDER ON REQUEST TO CONDUCT DEPOSITIONS VIA
     VIDEOCONFERENCE**

12

13   and addressed as follows:

14   **LEGAL DOCUMENTS ENCLOSED**
     Jeffery Norsworthy, D-54100
15   Correctional Training Facility
     P.O. Box 705
16   Soledad, CA 93960

17   I declare that I am employed in the office of a member of the bar of this Court at whose
     direction this service was made.

18

19   DATED:  June 22, 2012

20                              */s/ Susan J. Olsson*
                                    SUSAN J. OLSSON
21

22

23

24

25

26

27

28
     _____
     *Norsworthy v. Rivers [2:09-CV-02989-LKK-CMK]*Order on Request to Conduct VideoConference Depos    Page 3