IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BRYAN NORSWORTHY, | No. 2:09-CV-2989-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RIVERS, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Pending before the court is defendant's motion for clarification (Doc. 91) of the court's March 29, 2013, order. In that order, the court stated: "The parties may conduct additional discovery through July 1, 2013, with motions to compel due within 30 days of this cut-off date." Defendant seeks clarification as to whether July 1, 2013, is the last day to propound discovery or whether discovery "must be completed by that date." The court hereby grants defendant's motion and clarifies/modifies the prior order such that it comports with the court's June 21, 2012, scheduling order. Specifically, the parties may conduct discovery until July 1, 2013. All requests for discovery shall be served by this discovery cut-off date.

1

1  Responses to requests for discovery shall be due 45 days after the requests is served. Any
2  motions necessary to compel discovery shall be filed within 60 days from the July 1, 2013,
3  discovery cut-off date.
4         IT IS SO ORDERED.

6  DATED: May 7, 2013

                                    _____
8                                   **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE