IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY BRYAN NORSWORTHY, | | No. 2:09-CV-2989-LKK-CMK-P |
| | Plaintiff, | |
| | vs. | ORDER |
| RIVERS, | | |
| | Defendant. | |
| _____ / | | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has been granted in forma pauperis status and has requested that the Clerk of the Court issue a subpoena duces tecum for the production of documents by a non-party. Plaintiff has completed the subpoena form and returned it to the court (Doc. 92).  The court will now direct service of the subpoena by the United States Marshal.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    The Clerk of the Court is directed to forward the completed subpoena (filed on April 11, 2013, at Doc. 92) to the United States Marshal;

       2.    Within 14 days from the date of this order, the United States Marshal is directed to serve the subpoena pursuant to Federal Rule of Civil Procedure 45(b);

3. The United States Marshal shall file a proof of service within 5 days after completion of service; and

4. The Clerk of the Court is directed to serve a copy of this order, along with a copy of the subpoena at Doc. 92, on all parties.

DATED:  May 20, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2