# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BRYAN NORSWORTHY, | No. 2:09-CV-2989-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RIVERS, | |
| Defendant. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

Pending before the court is defendant's motion for summary judgment (Doc. 84). Plaintiff did not initially oppose defendant's motion on the merits, but sought an extension of time to "gather evidence" (see Doc. 85). The court construed the request as a motion pursuant to Federal Rule of Civil Procedure 56(d) for additional time to obtain discovery in order to prepare an opposition to defendant's pending motion for summary judgment. The court granted plaintiff's motion and, at the same time, granted leave to conduct limited additional discovery. (see order at Doc. 90). The time for limited discovery has expired and defendant's motion for summary judgment is ready for submission on the merits.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's opposition to defendant's motion for summary judgment is due within 30 days of the date of this order; and

2. Defendant's reply, if any, is due within 20 days after service of plaintiff's opposition.

DATED: December 12, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE